# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | |
| | : | |
| **William  M. Jones III** | : | **Case No.:  09-21712** |
| **Diana R. Jones** | : | **Chapter 13** |
| | : | **Judge William S. Howard** |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## MOTION FOR RELIEF FROM STAY
## AS TO REAL ESTATE LOCATED AT
## 172 RIDGEWOOD DRIVE, ALEXANDRIA, KY 41001

Comes now GMAC Mortgage, LLC, its successor and assigns, (hereinafter "Movant"), a creditor in the above-referenced case by counsel, and moves the court pursuant to 11 U.S.C. § 362(d) for an order granting relief from the automatic stay in order that Movant may enforce its lien against the real estate of the Debtor located at 172 Ridgewood Drive, Alexandria, KY 41001.

In support of its motion, Movant offers the attached memorandum.

Respectfully submitted,

/s/ Holly N. Wolf
Holly N. Wolf (KBA #92245)
Crystal L. Saresky (KBA #89629)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
hnw@mdk-llc.com; kybnkr@mdk-llc.com
Attorney for Creditor

## MEMORANDUM IN SUPPORT OF
## MOTION FOR RELIEF FROM STAY

1.      The Debtor filed a petition for relief under Chapter 13 on July 9, 2009.

2.      The trustee of the estate of the Debtor in this case is Beverly M. Burden.

3.      Movant has a secured claim in this case in the principal amount of $202,153.38 plus
6.25% interest per annum. The claim is secured by a security interest in the following
collateral:  real property located at 172 Ridgewood Drive, Alexandria, KY 41001 and
more fully described in the mortgage.

4.      The security interest was perfected by the filing of the mortgage.

5.      A copy of the Proof of Claim filed in this case by Movant, along with copies of the note,
security agreement, financing statement and supporting documents establishing the
Movant's perfected security interest in the above-described property, is attached hereto.

6.      The monthly payments due for October 1, 2009 through December 1, 2009 remain
unpaid. The unpaid principal balance of $202,153.38 plus interest and fees equals a total
of $204,783.04

7.      Movant seeks relief from stay on the following grounds: the interest of the Movant is not
adequately protected; or the Debtor has no equity in the property and the property is not
necessary to an effective reorganization.

WHEREFORE, Movant respectfully requests that this Court enter an Order terminating
the automatic stay to permit Movant to foreclose on its mortgage lien herein described and for
such other relief as may be just.

09-62539-121609-tc

Respectfully submitted,

 /s/ Holly N. Wolf
Holly N. Wolf (KBA #92245)
Crystal L. Saresky (KBA #89629)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
hnw@mdk-llc.com; kybnkr@mdk-llc.com
Attorney for Creditor

## NOTICE

Please take notice that parties in interest shall have 15 days from the date of this motion

within which to file a response to the motion and a request and notice of hearing on such

response. If no response is timely filed, the enclosed order may be entered by the court without a

hearing on the motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Stay

was served on the parties listed below via e-mail notification:

Office of U.S. Trustee
Eastern District of Kentucky
Party of Interest
100 East Vine Street, 8th Floor
Lexington, KY  40507

Michael E. Plummer
Attorney for William M. Jones III and Diana
R. Jones
11 W 6th Street
Covington, KY  41011
plummer50@fuse.net

Beverly M. Burden
P.O. Box 2204
Lexington, KY  40588-2204
questions@ch13edky.com

The below listed parties were served via regular U.S. Mail, postage prepaid on December 16,
2009:

09-62539-121609-tc

William M. Jones III
Diana R. Jones
172 Ridgewood Drive
Alexandria, KY  41001

GMAC Mortgage
3451 Hammond Ave.
Waterloo, IA  50702

 /s/ Holly N. Wolf
Holly N. Wolf