UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| In re: | : |
| William M. Jones III | : Case No.: 09-21712 |
| Diana R. Jones | : Chapter 13 |
| | : Judge William S. Howard |
| Debtor. | : * * * * * * * * * * * * * * * * * * * * |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 44) AS TO REAL PROPERTY LOCATED AT 172 RIDGEWOOD DRIVE, ALEXANDRIA, KY 41001**

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by GMAC Mortgage, LLC ("Movant") as Docket Number 44, and the opposition of William M. Jones III and Diana R. Jones (collectively, "Debtor") thereto; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the months of October 2009 and subsequent months, incurring a total post-petition arrearage of $5,626.81 through December 2009, which consists of 3 post-petition payments at

   $1,692.27 each and attorney fees and costs of $550.00. There is $1.46 in suspense, which reduces the total post-petition arrearage to $5,625.35.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay to Movant, and Movant hereby agrees to accept, the following lump sum payments:

 a. $937.56 on or before January 15, 2010;

 b. $937.56 on or before February 15, 2010;

 c. $937.56 on or before March 15, 2010;

 d. $937.56 on or before April 15, 2010;

 e. $937.56 on or before May 15, 2010;

 f. $937.55 on or before June 15, 2010.

The lump sum payments due above are in addition to the regular monthly mortgage payment due and owing for said months.

4. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the January 1, 2010 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

5. Debtor agrees to maintain insurance coverage on the real property and to remain current with all property taxes as they come due.

6. This Provisional Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

7. The following are events of default under this Provisional Order: (a) Debtor fails to make any of the lump sum payments hereinabove described on or before their specified due

    dates; (b) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Movant on or before the day on which it is due; (c) Debtor fails to make any Chapter 13 Plan payment to the Trustee's Office within 30 days of the last day of the month in which it is due without leave of the Court (hereinafter, any of the events described above shall be referred to as a "Default").

8. In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order.  If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance , and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

9. The Trustee shall continue/resume the payments under the original Chapter 13 Plan of the unpaid portion, if any, of the arrearage amount listed in the Movant's Proof of Claim.

**IT IS SO ORDERED.**

Submitted by:

/s/  Holly N. Wolf_____ _  
Holly N. Wolf (92245)  
Crystal L. Ford (KBA #89629)  
P.O. Box 165028  
Columbus OH  43216-5028  
Telephone:  614-220-5611  
Fax:  614-627-8181  
Email:  hnw@mdk-llc.com  
Attorney for Creditor

_/s/ Michael E. Plummer_____  
Michael E. Plummer  
11 W 6th Street  
Covington, KY  41011  
Telephone:  859-581-5516  
Fax:  859-581-5536  
Email:  plummer50@fuse.net  
Attorney for Debtor

/s/_Beverly M. Burden__  
Beverly M. Burden  
Chapter 13 Trustee  
P.O. Box 2204  
Lexington, KY  40588-2204  
Email: questions@ch13edky.com

09-62539-122109-SMP

Pursuant to Local Rule 9022-1 (c), Holly N. Wolf shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 (a) and shall file with the Court a certificate of service of the order upon such parties within fourteen (14) days hereof.

Copies to:

Holly N. Wolf
Attorney for Creditor
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
(notified by ecf)

Office of U.S. Trustee
Eastern District of Kentucky
Party of Interest
100 East Vine Street, 8th Floor
Lexington, KY  40507
(notified by ecf)

Beverly M. Burden
Chapter 13 Trustee
P.O. Box 2204
Lexington, KY  40588-2204
(notified by ecf)

Michael E. Plummer
Attorney for Debtor
11 W 6th Street
Covington, KY  41011
(notified by ecf)

William  M. Jones III
Diana R. Jones
Debtor
172 Ridgewood Drive
Alexandria, KY  41001
(notified by regular US Mail)

GMAC Mortgage
Party of Interest
3451 Hammond Ave.
Waterloo, IA  50702
(notified by regular US Mail)

09-62539-122109-SMP

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Monday, December 28, 2009**
(wsh)