UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                                    CHAPTER 13

    William M Jones, III                    BANKRUPTCY NO. 09-21712-WSH
    Dianna R Jones

Debtors

## AGREED ENTRY
* * * * * *

To meet the requirements for plan confirmation under 11 U.S.C. § 1325, Chrysler Financial

Services Americas LLC dba CF fka DC Fin Svcs Amer LLC (hereinafter "Creditor") and William

M. Jones, III and Dianna R. Jones (hereinafter "Debtors"), each by counsel, hereto agree that debtors'

plan must be immaterially modified to resolve an existing issue or objection, as follows:

1. Creditor shall be paid a secured claim of $24,552.92. The creditor will be paid this amount
   in the Plan at 4.25%. The balance of the creditor's claim, if any, shall be paid as unsecured
   pro-rata with other unsecured creditors.

2. Creditor shall receive adequate protection payments of no less than $245.00 per month.
   Said payments shall be distributed by the Trustee and in the event the case is not confirmed,
   or is dismissed or converted, creditor shall retain a lien for said payments and the Trustee
   shall remit such payments to the creditor upon conversion or dismissal.

3. Debtor's Chapter 13 Plan contains terms that are inconsistent with the court's holding in the
   cases of In re Adkins, 425 F.3d 296 (6th Cir. 2005) and In re Nolan, 232 F.3d 528 (6th Cir.
   2000). Debtor(s) plan is hereby modified to allow the Trustee to continue to make
   disbursements on a Creditor's allowed secured claim even if the creditor is granted relief
   from the bankruptcy stay during the pendency of the bankruptcy.

4. The Plan shall be amended by the Debtor(s) as necessary to implement these agreed upon
   changes, if required.

5. Any objection to confirmation relating to the account or accounts referred to herein has

been resolved and is deemed withdrawn.

WHEREFORE, the parties hereto have agreed to the above terms and ask the Court to approve

same as an immaterial modification of the plan as last submitted by debtor herein.

Pursuant to Local Rule 9022-1(c),
Jessica L. Newman shall cause a copy
of this order to be served on each of
the parties designated to receive this
order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

Date: 12/23/09_        _/s/Beverly M. Burden_ (per email authorization 12/23/09_
                        Beverly M. Burden, Trustee


Date: _____        _____
                        Michael E Plummer


Date: _____        _____
                        Jessica L. Newman

# DISTRIBUTION SHEET

cc:

Debtor

William M Jones, III
172 Ridgewood Drive
Alexandria, Kentucky  41001

Debtor

Dianna R Jones
172 Ridgewood Drive
Alexandria, Kentucky  41001


Counsel for Debtors

Michael E Plummer
Attorney at Law
11 West 6th Street
Covington, KY 41011


Counsel for Creditor

Jessica L. Newman
MAPOTHER & MAPOTHER, P.S.C.
300 East Main Street, Ste 340
Lexington, KY 40507


Trustee

Beverly M. Burden
P.O. Box 2204
Lexington, KY  40588-2204

U.S. Trustee
100 East Vine Street
Lexington, KY  40507

Y3F ()/09-17020-0

been resolved and is deemed withdrawn.

WHEREFORE, the parties hereto have agreed to the above terms and ask the Court to approve

same as an immaterial modification of the plan as last submitted by debtor herein.

Pursuant to Local Rule 9022-1(c),
Jessica L. Newman shall cause a copy
of this order to be served on each of
the parties designated to receive this
order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

Date: 12/23/09_                              _/s/Beverly M. Burden_(per email authorization 12/23/09_
                                            Beverly M. Burden, Trustee

Date: _2\5\10_____

                                            Michael L Plummer

Date: _3/1/10_____

                                            Jessica L. Newman            Elizabeth Alphin

YBJ (JLN)/09-17020-0

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document
has been signed by the Judge and electronically entered by the Clerk in the
official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Friday, March 05, 2010
(jms)**