**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| William M. Jones III | : | Case No.: 09-21712 |
| Dianna R. Jones | : | Chapter 13 |
| | : | Judge Tracey N. Wise |
| | : | * * * * * * * * * * * * * * * * * * * * |
| **Debtor.** | : | |

**CERTIFICATE OF NON-COMPLIANCE**

Now comes GMAC Mortgage, LLC, its successors and assigns (hereinafter, "Creditor") by and through counsel, and certifies to this Court that Dianna R. Jones and William M. Jones ("Debtor") has failed to comply with the Order entered by the Court on December 28, 2009, a copy of which is attached hereto as Exhibit "A", by failing to make timely payments in accordance with the Order. Pursuant to the Order, the automatic stay will terminate upon the filing of the Certificate of Non-Compliance.

Creditor hereby advises the Court that Debtor is delinquent for the May 1, 2010 payment and for all arrears that were due on the same date.

WHEREFORE, upon the filing of the Certificate of Non-Compliance, the stay is terminated without further hearing.

                                                          Respectfully submitted,

                                                          /s/ Holly N. Wolf
                                                          Holly N. Wolf (KBA #92245)
                                                          Manley Deas Kochalski LLC
                                                          P.O. Box 165028
                                                          Columbus OH  43216-5028
                                                          614-220-5611; Fax: 614-627-8181
                                                          hnw@mdk-llc.com; kybnkr@mdk-llc.com
                                                          Attorney for Creditor

09-62539-070110-JKM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certificate of Non-Compliance was served on the parties listed below via e-mail notification:

Office of U.S. Trustee
Eastern District of Kentucky
Party of Interest
100 East Vine Street, 8th Floor
Lexington, KY  40507

Michael E. Plummer
Attorney for Dianna R. Jones
and William M. Jones III
11 W. 6th Street
Covington, KY  41011
plummer50@fuse.net

Beverly M. Burden
P.O. Box 2204
Lexington, KY  40588
questions@ch13edky.com

The below listed parties were served via regular U.S. Mail, postage prepaid on July 1, 2010:

Dianna R. Jones
William M. Jones III
172 Ridgewood Drive
Alexandria, KY  41001

GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA  50702

 /s/ Holly N. Wolf
Holly N. Wolf

09-62539-070110-JKM

Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | : | |
|---|---|---|
| In re: | : | |
| | : | |
| William M. Jones III | : | Case No.: 09-21712 |
| Diana R. Jones | : | Chapter 13 |
| | : | Judge William S. Howard |
| Debtor. | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 44) AS TO REAL PROPERTY LOCATED AT 172 RIDGEWOOD DRIVE, ALEXANDRIA, KY 41001**

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by GMAC Mortgage, LLC ("Movant") as Docket Number 44, and the opposition of William M. Jones III and Diana R. Jones (collectively, "Debtor") thereto; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the months of October 2009 and subsequent months, incurring a total post-petition arrearage of $5,626.81 through December 2009, which consists of 3 post-petition payments at

09-62539-122109-SMP

$1,692.27 each and attorney fees and costs of $550.00. There is $1.46 in suspense, which reduces the total post-petition arrearage to $5,625.35.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay to Movant, and Movant hereby agrees to accept, the following lump sum payments:

   a. $937.56 on or before January 15, 2010;

   b. $937.56 on or before February 15, 2010;

   c. $937.56 on or before March 15, 2010;

   d. $937.56 on or before April 15, 2010;

   e. $937.56 on or before May 15, 2010;

   f. $937.55 on or before June 15, 2010.

   The lump sum payments due above are in addition to the regular monthly mortgage payment due and owing for said months.

4. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the January 1, 2010 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

5. Debtor agrees to maintain insurance coverage on the real property and to remain current with all property taxes as they come due.

6. This Provisional Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

7. The following are events of default under this Provisional Order: (a) Debtor fails to make any of the lump sum payments hereinabove described on or before their specified due

09-62539-122109-SMP

dates; (b) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Movant on or before the day on which it is due; (c) Debtor fails to make any Chapter 13 Plan payment to the Trustee's Office within 30 days of the last day of the month in which it is due without leave of the Court (hereinafter, any of the events described above shall be referred to as a "Default").

8. In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order. If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance , and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

9. The Trustee shall continue/resume the payments under the original Chapter 13 Plan of the unpaid portion, if any, of the arrearage amount listed in the Movant's Proof of Claim.

**IT IS SO ORDERED.**

Submitted by:

/s/ Holly N. Wolf_____
Holly N. Wolf (92245)
Crystal L. Ford (KBA #89629)
P.O. Box 165028
Columbus OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  hnw@mdk-llc.com
Attorney for Creditor

/s/ Michael E. Plummer_____
Michael E. Plummer
11 W 6th Street
Covington, KY  41011
Telephone:  859-581-5516
Fax:  859-581-5536
Email:  plummer50@fuse.net
Attorney for Debtor

/s/ Beverly M. Burden\_\_
Beverly M. Burden
Chapter 13 Trustee
P.O. Box 2204
Lexington, KY  40588-2204
Email: questions@ch13edky.com

09-62539-122109-SMP

Pursuant to Local Rule 9022-1 (c), Holly N. Wolf shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 (a) and shall file with the Court a certificate of service of the order upon such parties within fourteen (14) days hereof.

Copies to:

| | |
|---|---|
| Holly N. Wolf<br>Attorney for Creditor<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus OH  43216-5028<br>(notified by ecf) | Michael E. Plummer<br>Attorney for Debtor<br>11 W 6th Street<br>Covington, KY  41011<br>(notified by ecf) |
| Office of U.S. Trustee<br>Eastern District of Kentucky<br>Party of Interest<br>100 East Vine Street, 8th Floor<br>Lexington, KY  40507<br>(notified by ecf) | William  M. Jones III<br>Diana R. Jones<br>Debtor<br>172 Ridgewood Drive<br>Alexandria, KY  41001<br>(notified by regular US Mail) |
| Beverly M. Burden<br>Chapter 13 Trustee<br>P.O. Box 2204<br>Lexington, KY  40588-2204<br>(notified by ecf) | GMAC Mortgage<br>Party of Interest<br>3451 Hammond Ave.<br>Waterloo, IA  50702<br>(notified by regular US Mail) |

09-62539-122109-SMP

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Monday, December 28, 2009**
**(wsh)**